Tom **LINGENFELTER, Individually; Phil Florence, Individually and as Beneficiary in Empire Paper Company Profit Sharing Plan; Diane S.**

**Blodgett, Individually and as a Vested Beneficiary; T.G. Morgan, Inc., Defined Benefit Pension Plan, Appellants,**

v.

**John STOEBNER; Lapp, Libra, Thomson, Stoebner & Pusch, Chtd.; Gordon Conn; Charles Webber; Faegre & Benson, LLP; Kalina, Wills, Gisvold & Clark, P.L.L.P.; Larson, Allen, Weishair & Co., LLP, in their Individual Capacities; H.S.B.C. Bank USA, Appellees.**

No. 05–2796.

United States Court of Appeals, Eighth Circuit.

Submitted: April 17, 2006.

Decided: July 20, 2006.

Before WOLLMAN, BEAM, and BENTON, Circuit Judges.

PER CURIAM.

This long-running litigation, which stretches back to the early 1990s, was brought to an end by the district court's[1] May 24, 2005, judgment, entered upon the court's May 23, 2005, order, dismissing the complaint.

Having considered the parties' arguments, we conclude that, for the reasons set forth in the district court's comprehensive, well-reasoned opinion,[2] the judgment should be, and it hereby is, affirmed. *See*

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.

2. *Lingenfelter v. Stoebner,* No. 03–CV–5544, 2005 WL 1225950 (D.Minn. May 23, 2005).

8th Cir. Rule 47B.[3]

---

3. We exercise our discretion not to impose on our own motion damages or costs upon appellants under Fed. R.App. P. 38.